

**Entered on Docket**
**October 28, 2010**



Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank, N.A., it's Successors and/or Assigns
10-71201 / xx8224

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

In Re:

Robert D. Ingleman and
Charlene R. Hannah-Ingleman

        Debtors.

09-15108-mkn

Motion no. 48
Order no. 54

Chapter 13

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on September 28, 2010, and Debtors

failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

Secured Creditor, U.S. Bank, N.A., it's Successors and/or Assigns its assignees and/or successors in

interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject

property, generally described as 2752 Audra Faye Avenue , Henderson NV and legally described as

follows:

PARCEL I:
Lot Fifteen (15) of ARIANNA RIDGE, A COMMON INTEREST COMMUNITY as shown by Map thereof on file in Book 123 of Plats, page 39, in the office of the County Recorder, Clark County, Nevada.

RESERVING THEREFROM a non-exclusive easement of access, ingress, egress, use and enjoyment of, in, to and over the Private Streets and association property as delineated on the plat map referred to above and further defined in the Declaration of Conditions and Restrictions and Reservation of Easements for ARIANNA RIDGE, recorded August 12, 2005 in Book 20050812 as Document No. 03409, in the office of the County Recorder of Clark County, Nevada.

PARCEL II:
A non-exclusive easement of access, ingress, and use of, in and over the Association Property as provided for in and subject to that Certain Declaration of Covenants, Conditions and Restrictions for ARIANNA RIDGE, recorded August 12, 2005 in Book 20050812 as Document No. 03409, in the office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to

obtain complete possession of the subject property.

///

///

///

///

///

///

///

///

///

///

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By _____

**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107